567 A.2d 1388

**FRATERNAL ORDER OF POLICE, LODGE NO. 5, and Robert S. Hurst**

v.

**CITY OF PHILADELPHIA and Kevin M. Tucker.**

**Appeal of FRATERNAL ORDER OF POLICE, LODGE NO. 5.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1989.

Decided Jan. 5, 1990.

Robert B. Mozenter, Anthony J. Molloy, Jane R. Goldberg, Philadelphia, for appellant.

Ralph J. Teti, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.